**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| Holy Trinity Ukrainian Catholic Church,<br><br>*Plaintiff,*<br><br>v.<br><br>Collier Township, Gabe Benvenuti, Wayne Chiurazzi, Tim Downey, Jr., Julie Murphy, Kari Suter, Dawnlee Vaughn, Mary Ann Cupples-Wisniowski,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-00024 |

**PLAINTIFF HOLY TRINITY UKRAINIAN CATHOLIC CHURCH'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Holy Trinity Ukrainian Catholic Church (the "Church"), by and through its undersigned counsel, respectfully move this Court under Federal Rule of Civil Procedure 65(a) for a Preliminary Injunction. The facts and legal grounds in support of this Motion are set forth in the Church's Complaint and the supporting Memorandum of Law, which are incorporated herein by reference. The Church respectfully requests a hearing on this Motion.

The Church respectfully requests that Defendants, their officers, agents, servants, employees, and attorneys, and all persons acting in concert with them are preliminarily enjoined, restrained and prohibited from: (a) enforcing Collier Township's zoning ordinances to preclude the existence and operation of churches as a matter of matter of right in violation of RLUIPA's equal terms provision and the Free Exercise Clause; (b) enforcing Collier Township's June 10, 2025 "approval" letter

to the Church; and (c) any other infringement of the Church's protected religious exercise under RLUIPA or the Free Exercise Clause through Collier Township's enforcement of its zoning ordinances, including the Church's construction of the Shrine Project, Chapel Project, or any project on the Church's Property that satisfies RLUIPA's standards.

Dated: January 7, 2026.

Respectfully submitted,

DAVID J. HACKER*
JEREMIAH G. DYS*
RYAN GARDNER*
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
Tel: (972) 941-4444
DHacker@firstliberty.org
JDys@firstliberty.org
RGardner@firstliberty.org

MADISON M. KRAUSE
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. NW
Suite 1410
Washington, DC 20004
(972) 941-4444
MadisonKrause@firstliberty.org

*/s/ Randall L. Wenger*
RANDALL L. WENGER
JEREMY SAMEK
INDEPENDENCE LAW CENTER
23 N. Front St.
Harrisburg, PA 17101
(717) 657-4990
rwenger@indlawcenter.org
jsamek@indlawcenter.org

JOSHUA D. DAVEY*
*Counsel of Record*
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
(704) 916-1503
joshua.davey@troutman.com

M. TAYLOR LEVESQUE*
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8397
taylor.levesque@troutman.com

DYLAN J. DEWITT*
NICK GOUVERNEUR*
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
(312) 759-1602 (DD)
(312) 759-3655 (NG)
dylan.dewitt@troutman.com
nick.gouverneur@troutman.com

BRADLEY A. SMUTEK*
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4002
brad.smutek@troutman.com

*Attorneys for Holy Trinity Ukrainian Catholic Church*

**pro hac vice* application forthcoming

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion for Preliminary Injunction will be served on Defendants Collier Township, Gabe Benvenuti, Wayne Chiurazzi, Tim Downey, Jr., Julie Murphy, Kari Suter, Dawnlee Vaughn, and Mary Ann Cupples-Wisniowski via personal service or other means permitted by the Federal Rules of Civil Procedure and Local Rules.

*/s/ Randall L. Wenger*
RANDALL L. WENGER

*Attorney for Holy Trinity Ukrainian Catholic Church*